IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**UARON MASON**                                                                                     **PLAINTIFF**

v.                                          No. 4:11-cv-413-DPM

**PULASKI COUNTY, DOC HOLLADAY,
MATTHEW BRIGGS, and DOES**                                      **DEFENDANTS**

ORDER

In August, the Court ordered Uaron Mason to either file a free-world *in forma pauperis* application or pay the full $350.00 filing fee by 26 September 2011. *Document No. 13*. More than a month has passed with no filings or other communications from Mason to the Court. Mason's complaint is therefore dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

6 October 2011