IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**UARON MASON**  PLAINTIFF

v.  No. 4:11-cv-413-DPM

**PULASKI COUNTY, DOC HOLLADAY,**
**MATTHEW BRIGGS, and DOES**  DEFENDANTS

JUDGMENT

Uaron Mason's complaint is dismissed without prejudice. An *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 October 2011